**JS-6**
Admin Close

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 through 25,<br><br>　　　　　Defendant. | Case No.: 5:21-cv-00075-JGB-SHK<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND SUBMIT CLAIMS TO BINDING ARBITRATION**<br><br>Complaint Filed:　November 12, 2020<br>Trial Date:　None Set |

　　Good cause appearing therefore and pursuant to the agreement and Stipulation entered into by Plaintiff Jose Hernandez and Defendant Lowe's Home Centers, LLC, it is hereby ORDERED in the action entitled *Jose Hernandez v. Lowe's Home Centers, LLC, et al.* Case No. 5:21-cv-00075-JGB-SHK (the "Action") that

　　1. The Parties shall submit the Action to binding arbitration pursuant to the terms of the Arbitration Agreement.

　　2. The Action in this Court is hereby stayed pending the parties' resolution of the dispute or completion of binding arbitration;

　　//

3. All dates currently on calendar in this matter are vacated.

IT IS SO ORDERED

DATED: February 23, 2021

By: _____
Hon. Jesus G. Bernal
United States District Judge