1 | Michael A. Gould, Esq. (SBN 151851)
michael@wageandhourlaw.com
2 | Aarin A. Zeif (SBN 247088)
aarin@wageandhourlaw.com
3 | THE GOULD LAW FIRM
A Professional Corporation
4 | 161 Fashion Lane, Suite 207
Tustin, California 92780
5 | Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Jose Hernandez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSE HERNANDEZ, an individual, | ) Case No. 5:21-cv-00075-JGB-SHK |
| --- | --- |
| Plaintiff, | ) {Hon. Judge Jesus G Bernal] |
| v. | ) **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| LOWE'S HOME CENTERS, LLC, and DOES 1 through 25, | ) |
| Defendants. | ) Filed: November 12, 2020 |

- 1 -
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

On November 12, 2020, Plaintiff Jose Hernandez filed a Complaint in Superior Court of the State of California for the County of San Bernardino.

Defendant Lowe's Home Centers, LLC removed the Action to this Court.

Pursuant to Federal Rule of Civil Procedure, Rule 41, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that all claims asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: April 5, 2022

/s/ Michael A. Gould
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
Attorney for Plaintiff,
Jose Hernandez

Dated: April 5, 2022

/s/ Kara Keister
Kara D. Keister
SEYFARTH SHAW LLP
Attorney for Defendant
Lowe's Home Centers LLC