JS-6

Michael A. Gould, Esq. (SBN 151851)
michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Jose Hernandez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, an individual, | Case No. 5:21-cv-00075-JGB-SHK<br>{Hon. Judge Jesus G Bernal] |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| LOWE'S HOME CENTERS, LLC, and DOES 1 through 25, | |
| Defendants. | Filed: November 12, 2020 |

-1-
**ORDER DISMISSING ACTION WITH PREJUDICE**

# ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: April 21, 2022

_____
Hon. Judge Jesus G Bernal
United States District Court Judge